Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GUTIERREZ, | CASE NO.: 5:18-cv-01731-DFM |
| Plaintiff, | |
| v. | ORDER AWARDING EAJA FEES |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00) subject to the terms of the stipulation.

DATED: March 10, 2020

HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-